

BK 17260  PGS 996 - 996      06/24/2016  01:15:00 PM
INSTR # 2016023667           DEBRA ANDERSON
RECEIVED YORK SS             REGISTER OF DEEDS

## QUITCLAIM ASSIGNMENT

WHEREAS, CTX MORTGAGE COMPANY, LLC, WHOSE ADDRESS IS, 7390 S IOLA STREET, ENGLEWOOD, CO 80112, ASSIGNOR, is identified as the "Lender" on a certain mortgage executed by DEREK L. GRANDMAISON, and bearing the date of 03/03/2006, and recorded on 03/14/2006 in the Office of the Recorder of YORK County, State of Maine in Book 14778, Page 0745 and Doc # 2006013048 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of CTX MORTGAGE COMPANY, LLC and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, CTX MORTGAGE COMPANY, LLC wishes to convey and assign any and all rights it may have under the Mortgage to NATIONSTAR MORTGAGE LLC, A DELAWARE LIMITED LIABILITY COMPANY, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019 (469)549-2000, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, CTX MORTGAGE COMPANY, LLC hereby assigns and quit claims to NATIONSTAR MORTGAGE LLC, A DELAWARE LIMITED LIABILITY COMPANY, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019 (469)549-2000, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE) all of its rights, title, and interests (whatever they may be, if any) in the Mortgage.

IN WITNESS WHEREOF, this assignment was executed on __6 / 9 / 2016__ (MM/DD/YYYY).
CTX MORTGAGE COMPANY, LLC

By: _Sally Gassn_

Sally Gassman
Assistant Vice President

STATE OF COLORADO   COUNTY OF Arapahoe
The foregoing instrument was acknowledged before me on __06 / 09 / 2016__ (MM/DD/YYYY) by Sally Gassman as Assistant Vice President of CTX MORTGAGE COMPANY, LLC. He/she/they is (are) personally known to me.   AB


Amanda Berg
Notary Public - State of COLORADO
Commission expires: 07/06/2016

AMANDA BERG
Notary Public
State of Colorado

Instrument Prepared By: Nationstar Mortgage LLC, 4000 Horizon Way, Irving, TX 75063, 308-632-5154
When Recorded Return To: Nationstar Mortgage LLC, 8950 Cypress Waters Blvd., Coppell, TX 75019
NSDAV 394152619 -- QUIT CLAIM   T2516053010  [C-1] QCAME1

*D0016304721*


EXHIBIT e