UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for the LSF9 Master Participation Trust,<br><br>        Plaintiff,<br><br>v.<br><br>Derek L. Grandmaison,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Docket no. 2:17-cv-16-GZS<br>)<br>)<br>)<br>)<br>)<br>) |

**PROCEDURAL ORDER**

In preparation for the September 6, 2017 hearing on Plaintiff's pending Motion for Default Judgment (ECF No. 9), the Court hereby ORDERS that Plaintiff's Counsel shall provide courtesy copies of all hearing exhibits to the Clerk's Office **no later than September 1, 2017.** Additionally, Plaintiff's Counsel shall be prepared to present and/or address the following:

1. the original note for inspection, along with a copy of the note to be submitted into evidence;[1]
2. certified copies of the mortgage and any assignments and endorsements of the mortgage;
3. a qualified witness who can certify the business records previously placed on the docket at ECF No. 9-2 in accordance with F.R.E. 803(6). To the extent that this witness is not employed by Plaintiff, counsel shall provide evidence that the witness and/or witness' employer is an agent of Plaintiff;
4. whether Plaintiff is pressing the claims asserted in Counts II-V of the Complaint or intends to seek a deficiency judgment; and

---

[1] The Complaint indicates that the Note underlying Plaintiff's claims is attached as Exhibit B. See Compl. (ECF No. 1) ¶8. However, upon review, Exhibit B to the Complaint (ECF No. 1-2) is the Note for $33,000 that appears to be assigned to the defaulted party-in-interest MSNI Fund VI. See Compl. ¶12. Counsel is expected to remedy this error prior to the hearing.

5. a timeframe for submitting a proposed judgment to the Court following the hearing.

SO ORDERED.

      /s/ George Z. Singal
      United States District Judge

Dated this 19th day of July, 2017.